**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Copia Global, Inc.

2. **All other names debtor used in the last 8 years**  N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  27-3584491

4. **Debtor's address**

   **Principal place of business**

   3 Palmer Court
   Number    Street

   Tiburon              CA        94920
   City                 State     ZIP Code

   Marin
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   XXXXXX              XX        XXXXX
   City                State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City      State     ZIP Code

5. **Debtor's website** (URL)  https://copiaglobal.com/

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 1

Debtor  Copia Global, Inc.  
_____Name_____  Case number (*if known*)_____

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5239__ ___ ___

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  Copia Global, Inc.  
_____Name_____  

Case number (if known) _____

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
|---|---|---|
|   | If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When __MM/DD/YYYY__ Case number _____ |
|   |   | District _____ When __MM/DD/YYYY__ Case number _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
|---|---|---|
|   | List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____ |
|   |   | District _____ When __MM/DD/YYYY__ |
|   |   | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number   Street  
_____  
_____  City   State ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
  Contact name _____  
  Phone _____

---

**Statistical and administrative information**

Debtor  Copia Global, Inc.  
Name

Case number (*if known*)_____

| | | |
|---|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| 14. **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/23/2024  
MM / DD / YYYY

✘ /s/ Tracey Turner  
Signature of authorized representative of debtor

Tracey Turner  
Printed name

Title  Director

Debtor  Copia Global, Inc.
        Name

Case number (if known)

**18. Signature of attorney**

✗ /s/ Kevin S. Mann
Signature of attorney for debtor

Date 05/23/2024
MM / DD / YYYY

Kevin S. Mann
Printed name

Cross & Simon, LLC
Firm name

1105 N. Market Street, Suite 901
Number    Street

Wilmington
City

DE
State

19801
ZIP Code

302-777-4200
Contact phone

kmann@crosslaw.com
Email address

4576
Bar number

DE
State

**Unanimous Written Consent of the Board of Directors**
**of**
**COPIA GLOBAL, INC.**

The undersigned, being all of the directors of **COPIA GLOBAL, INC.** (the "Company"), do hereby consent to and adopt the following resolutions as the action of the Board of Directors of the Company (the "Board"):

**Approval and Authorization of Filings Under Chapter 7 of the U.S. Bankruptcy Code**

**WHEREAS,** the Board has determined that it is in the best interest of the Company, its creditors, and other interested parties to file a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that management of the Company is authorized to file a petition for relief under Chapter 7 of the U.S. Bankruptcy Code in any United States Bankruptcy Court in any jurisdiction where such a filing would be proper (the "Bankruptcy Court");

**FURTHER RESOLVED,** that Tracey Turner is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code and to file such a petition in the Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

**FURTHER RESOLVED,** that Tracey Turner is authorized to retain on behalf of the Company the law firm of Cross & Simon, LLC as bankruptcy counsel upon such terms and conditions as he shall approve, to render legal services to and to represent, the Company in connection with such Chapter 7 proceedings and other related matters in connection therewith;

**General Authority**

**RESOLVED,** that any and all actions heretofore taken by Tracey Turner in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects;

**FURTHER RESOLVED,** that Tracey Turner is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

IN WITNESS THEREOF, this unanimous written consent has been executed by the undersigned members of the Board of the Company effective as of the 17th day of May, 2024.

[recused]
_____
Tracey Turner, Director


[recused]
_____
Jerry Held, Director


_____
Buhle Goslar, Director


_____
Isaac Awuondo, Director


_____
Shakir Merali, Director


_____
Jason Murray, Director


[recused]
_____
John Lazar, Director


2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| COPIA GLOBAL, INC., | Case No. _____ |
| Debtor. | |

## DECLARATION UNDER PENALTY OF PERJURY
## REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Tracey Turner, director of Copia Global, Inc., named as the debtor in this case, hereby declare under penalty of perjury that I have read the attached List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: May 23, 2024

                                                        */s/ Tracey Turner*
                                                        Tracey Turner

## EQUITY HOLDERS

Abbasi Family Trust – 2000

Adam & Jaclyn Foroughi 2011 Family Trust

Adiba Ighodaro

Adrian Dollard

AED 2008 Family Trust

ALD 2008 Family Trust

Andrew H. Palmer 2022 Revocable Trust dated August 23, 2022

Andrew Reicher

Anne Mwihaki

Antoine van Agtmael

Ariko Family Foundation

Avanz EM Partnerships Fund III

Baronsmede LLC

Barton Investments, LLC

Benjamin Kahungo

Blink C.V.

Brenna Excell

Brian Jambwa

Bryan Kariuki

Buhle Goslar

Catherine Mudachi

Charles Rozwat

Citronelle Trust

Clara Fund

Crispin Murira

D3 CleanTech

D3 Jubilee Bay Area, LLC

Daniel Hong

Darlene Dagget

Data Collective III, L.P.

Dave Hersh

DEG-Deutsche Investitions- und Entwicklungsgesellschaft mbH

Diana Nabukenya

Dominic Dimba

Efrusy Family Trust

EKJ Investments, LLC

elea Foundation

Elena Casolari

Elizabeth C. Funk Trust

Elizabeth Funk

Endeavor Catalyst III, L.P.

Enza Capital Growth LP

Enza Capital II LP

Eunice Ndirangu

Farayi Ziswa

Fondazione Opes Icef Onlus

| | |
|---|---|
| Gary Ford | Jude Mbithi |
| George Murigi | Kennedy Burudi |
| Gerald Held | Kennedy Carrington |
| Gideon Yu | Kenneth Karoki |
| Global Partnerships | Kenny Kinako |
| H. Barton Co-Invest Fund IV, LLC | Kevin Nzioka |
| H. Barton Co-Invest Fund V, LLC | Ledley Family Trust |
| Haron Odada | Leonard Tonui |
| Hester Family Trust | Leonora Saurel |
| ImpactAssets Inc. | Lizzie Irene Nduta Wambui |
| Isaac Awuondo | LR Africa Holdings Ltd. |
| Jacaranda Ventures B.V. | LR Africa Holdings SPC on behalf of and for the account of the Copia Segregated Portfolio 1 |
| Jacinta Munguti | |
| James Alexandroff | Luke Ntamu |
| James Lee Sorenson Family Foundation | Margaret Regina Jacobs, as Trustee of the Survivor's Trust of the 2002 Jacobs Family Trust U/D/T October 30, 2002 |
| Jason Clendenen | |
| Jason Murray | Mark Odhiambo |
| Jermaine Armah | Mary-Anne Kinyanjui |
| Jim Davidson | Naomi Karanja |
| John Ayliffe | Nikki Germany |
| John F. Swift 1990 Trust | Nimble Ventures, LLC |
| John Macharia | Nimble Ventures, LLC |
| John Swift | Nina van Limburg Stirum |
| Jonathan Lewis | Nixon Shikuku |
| Jonathan Rubini | |

Oak Trust (Mauritius) Limited as trustee of the Buena Ceniza Trust

Onyekachi Onubogu

Parsifal PF Limited as Nominee for the Siegfried Trust

Peter Mbithi

Peter Rono

Peter van As

Philanthropic Ventures Foundation

Pippa Gawley

R&H Trust Co (Jersey) Limited as trustee of Perivoli Innovations

Rahab Gichimu

Rizvi Family Trust

Ronald Saldanha

Roselyne Nzilani

Share Capital, LLC

Share Capital, LLC

Silicon Valley Community Foundation

Sorenson Impact Foundation

Sorenson Impact Foundation

Stefanie Silverman 2009 Trust

Sunu Capital I, LLC

Sunu Capital I, LLC

Swift Foundation

TeeTwo Dynasty Trust

The Carrillo Mielle Revocable Family Trust

The Perivoli Foundation

The Survivor's Trust of the 2002 Jacobs Family Trust dtd 10/30/2002

The William Way and Mary Way Trust

Timothy Steel

Tracey Turner

Ulme B.V.

Ulme B.V.

uMunthu Investment Company

uMunthu Investment Company

uMunthu Investment Company II

United States International Development Finance Corporation

Uzairu Nanseera

Wesley Ruttoh

Willem Palthe

William H. and Judy B. Harrington Living Trust

WS Investment Company, LLC (2019A)

WS Investment Company, LLC (23A)

YouWeb LLC

YouWeb LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>COPIA GLOBAL, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. _____ |

**DECLARATION UNDER PENALTY OF**
**PERJURY REGARDING CREDITOR MATRIX**

Copia Global, Inc., the above-captioned debtor (the "Debtor"), filed a petition in this court on May 20, 2024 for relief under chapter 11 of the United States Bankruptcy Code. Contemporaneously with the filing of the petitions, the Debtor filed a list of its creditors (the "Creditor Matrix"). The Creditor Matrix was submitted to the Court electronically.

I, Tracey Turner, director of Copia Global, Inc., hereby declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my knowledge, information and belief.

Date: May 23, 2024

                                                          */s/ Tracey Turner*
                                                            Tracey Turner

**CREDITOR MATRIX**

WTI Fund X, Inc.
104 La Mesa Drive, Suite 102
Portola Valley, CA 94028

Charles Rozwat
132 White Pine Canyon Rd
Park City, UT 84060

Gerald Held
18700 Vista De Almaden
San Jose, CA 95120

Goodwell V B.V
Herengracht 201
1016BE Amsterdam
The Netherlands

Jacaranda Ventures B.V.
Nieuwe Plantage 58
2611XK Delft
The Netherlands

Kerio Holdings
c/o NWT (Mauritius) Limited
6/7th Floor, Dias Pier Building
Le Caudan, Port Louis
Mauritius

Ledley Family Trust
3 Palmer Court,
Tiburon, CA 94920

LR Africa Holdings SPC on behalf of and for the account of the Copia Segregated Portfolio 1
LGT Bank (Cayman) Ltd.
Grand Pavilion Commercial Centre
1st Floor, 802 West Bay Road, PO Box 31855
Grand Cayman, KY1-1207, Cayman Islands

Shearman & Sterling
535 Mission Street, 25th Floor
San Francisco, CA, 94105-2997

Tracey Turner
3 Palmer Court,
Tiburon, CA 94920

Ulme
Oudwijkerlaan 47
3581TB Utrecht
The Netherlands

Andersen, McKune & Associates, LLP
1777 Borel Place, Suite 304,
San Mateo, CA 94402

Wolters Kluwer
CT Corporation
PO Box 4349
Carol Stream IL 60197-4349

Franchise Tax Board
PO Box 942857
Sacramento CA 94257- 0500

Jermaine Addo-Armah
3 Sarum Place
Hemel Hempstead
HP2 6DP
UK

Omnipresent Group Limited
7 Bell Yard
London WC2A 2JR
United Kingdom

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

# District Of Delaware

In re:   COPIA GLOBAL, INC.

     Debtor

Case No. _____

Chapter 7

### **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................$7,838.00

   Prior to the filing of this statement I have received ......................$7,838.00

   Balance Due.................................................................................$0.00

2. The source of the compensation paid to me was:

   ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid is: N/A

   ☐ Debtor  ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

May 23, 2024            /s/ Kevin S. Mann
   Date                 Kevin S. Mann (No. 4576)
                        CROSS & SIMON, LLC
                        1105 N. Market Street, Suite 901
                        Wilmington, DE 19801
                        302-777-4200
                        kmann@crosslaw.com